CLARK *v.* BINGHAM & BINGHAM.

FRAUD—RESCISSION—VENDOR AND PURCHASER.
> Where material misrepresentation that lot. sold on contract had
> sand bathing beach was relied on, rescission of contract on
> ground of fraud was justified.

Appeal from Oakland; Covert (Frank L.), J. Submitted June 14, 1932. (Docket No. 121, Calendar No. 36,563.) Decided September 16, 1932.

Bill by Robert J. Clark and another against Bingham & Bingham, a Michigan corporation, to rescind a land contract. Decree for plaintiffs. Defendant appeals. Affirmed.

*David M. Miro,* for plaintiffs.

*Andrew L. Moore,* for defendant.

FEAD, J. Plaintiffs had decree for rescission of a land contract on the ground of fraud, in representing that the lot had a sand bathing beach. We agree with the circuit judge in his finding that the representations were material, made, relied upon, and false.

Decree affirmed, with costs.

CLARK, C. J., and McDONALD, POTTER, SHARPE, NORTH, WIEST, and BUTZEL, JJ., concurred.